UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| E & J Gallo Winery, | ) | |
| | ) | 1:09-CV-00677 OWW GSA |
| Plaintiff, | ) | |
| v. | ) | **ORDER DISMISSING ACTION** |
| The Spanish Table, Inc. | ) | |
| Defendant. | ) | |

Pursuant to the notice of voluntary dismissal filed pursuant to FRCvP 41,

IT IS HEREBY ORDERED that this matter is dismissed without prejudice.

**SO ORDERED**

IT IS SO ORDERED.

Dated:   June 24, 2009                        /s/ Oliver W. Wanger
                                       UNITED STATES DISTRICT JUDGE

1